**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
                                    (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Faus International Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   dba Mykonos Blue

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8 1 – 4 2 1 7 5 7 6
   EIN

5. **Debtor's address**

   **Principal place of business**

   127-129 West 28th Street
   Number     Street

   _____

   New York                    NY    10001
   City                        State  ZIP Code

   New York
   County

   **Mailing address, if different**

   _____
   Number     Street

   _____
   P.O. Box

   _____ _____ _____
   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____ _____ _____
   City           State  ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor   Faus International Inc., dba Mykonos Blue              Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | www.mykonosbluenyc.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No<br>☒ Yes. Debtor  Faus International Inc.   Relationship  same<br>District  SDNY   Date filed  4/22/2019   Case number, if known  19-11236-mg<br>                                                MM / DD / YYYY<br><br>Debtor _____   Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                                MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor __Faus International Inc., dba Mykonos Blue__    Case number (*if known*) _____
Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

__Eleni Vareli__
Name

__PO Box 1681__
Number    Street

__New York__    __NY__    __10150__
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/30/2019__
MM / DD / YYYY

✗ __/s/ Eleni Vareli__
Signature of petitioner or representative, including representative's title

**Attorneys**

__Dawn Kirby, Esq.__
Printed name

__Kirby Aisner & Curley, LLP__
Firm name, if any

__700 Post Road, Suite 237__
Number    Street

__Scarsdale, NY 10583__
City    State    ZIP Code

Contact phone __914-401-9500__    Email __dkirby@kacllp.com__

Bar number __2733004__

State    __NY__

✗ __/s/ Dawn Kirby__
Signature of attorney

Date signed __06/13/2019__
MM / DD / YYYY

Debtor  Faus International Inc., dba Mykonos Blue                     Case number (*if known*)_____
        Name

**Name and mailing address of petitioner**

Ergema LLC
Name

PO Box 1681
Number   Street

New York          NY        10150
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Eleni Vareli
Name

_____
Number   Street

_____
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/30/2019
             MM / DD / YYYY

✘ /s/ Eleni Vareli
Signature of petitioner or representative, including representative's title

---

Dawn Kirby, Esq,
Printed name

Kirby Aisner & Curley LLP
Firm name, if any

700 Post Road, Suite 237
Number   Street

Scarsdale, New York 10583
City              State     ZIP Code

Contact phone  914-401-9500   Email  dkirby@kacllp.com

Bar number  2733004

State  NY

✘ /s/ Dawn Kirby
Signature of attorney

Date signed  06/13/2019
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Yianni Koulouris
Name

36 Sutton Place., South #15A
Number   Street

New York          NY        10022
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/2019
             MM / DD / YYYY

✘ /s/ Yianni Koulouris
Signature of petitioner or representative, including representative's title

---

Dawn Kirby, Esq.
Printed name

Kirby Aisner & Curley LLP
Firm name, if any

700 Post Road, Suite 237
Number   Street

Scarsdale, New York 10583
City              State     ZIP Code

Contact phone  914-401-9500   Email  dkirby@kacllp.com

Bar number  273300

State  NY

✘ /s/ Dawn Kirby
Signature of attorney

Date signed  06/13/2019
             MM / DD / YYYY

---

Debtor  Faus International Inc., dba Mykonos Blue    Case number (*if known*)_____
        Name

**Name and mailing address of petitioner**

Georgia Anthi Mitrousia
Name

PO Box 1681
Number   Street

New York                NY          10150
City                    State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/2019
             MM / DD / YYYY

✖ /s/ Georgia Anthi Mitrousia
Signature of petitioner or representative, including representative's title

---

Dawn Kirby, Esq.
Printed name

Kirby Aisner & Curley LLP
Firm name, if any

700 Post Road, Suite 237
Number   Street

Scarsdale, New York 10583
City                    State       ZIP Code

Contact phone 914-401-9500  Email dkirby@kacllp.com

Bar number  2733004

State   NY

✖ /s/ Dawn Kirby
Signature of attorney

Date signed  06/13/2019
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Western Corp
Name

220 Ingraham Street
Number   Street

Brooklyn                NY          11237
City                    State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Steve Vlasleuras
Name

220 Ingraham Street
Number   Street

Brooklyn                NY          11237
City                    State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/2019
             MM / DD / YYYY

✖ /s/ Steve Vlasleuras
Signature of petitioner or representative, including representative's title

---

Dawn Kirby, Esq.
Printed name

Kirby Aisner & Curley LLP
Firm name, if any

700 Post Road, Suite 237
Number   Street

Scarsdale, New York 10583
City                    State       ZIP Code

Contact phone 914-401-9500  Email dkirby@kacllp.com

Bar number  2733004

State   NY

✖ /s/ Dawn Kirby
Signature of attorney

Date signed  06/13/2019
             MM / DD / YYYY

---

Debtor  Faus International Inc., dba Mykonos Blue
Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

SF Consultants LLC
Name

31-19 Newtown Avenue, 7th Floor
Number   Street

Astoria                     NY          11102
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Elias N. Fillas, President
Name

31-19 Newtown Avenue, 7th Floor
Number   Street

Astoria                     NY          11102
City                        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/10/2019
              MM / DD / YYYY

✘ /s/ Paul D. Palagian
Signature of petitioner or representative, including representative's title

---

Zachary S. Kaplan
Printed name

Saccot & Fillas, LLP
Firm name, if any

31-19 Newtown Avenue, 7th Floor
Number   Street

Astoria                     NY          11102
City                        State       ZIP Code

Contact phone  718-269-2232   Email zkaplan@saccotfillas.com

Bar number  5387998

State       NY

✘ /s/ Zachary S. Kaplan
Signature of attorney

Date signed   06/10/2019
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Fantis Foods Inc.
Name

60 Triangle Blvd.
Number   Street

Carlstadt                   NJ          07072
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jerry Makris, V. President
Name

60 Triangle Blvd.
Number   Street

Carlstadt                   NJ          07072
City                        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/07/2019
              MM / DD / YYYY

✘ /s/ Jerry Makris
Signature of petitioner or representative, including representative's title

---

Dawn Kirby, Esq.
Printed name

Kirby Aisner & Curley LLP
Firm name, if any

700 Post Road, Suite 237
Number   Street

Scarsdale, New York 10583
City                        State       ZIP Code

Contact phone  914-401-9500  Email  dkirby@kacllp.com

Bar number  2733004

State       NY

✘ /s/ Dawn Kirby
Signature of attorney

Date signed   06/13/2019
              MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

Debtor   Faus International Inc., dba Mykonos Blue
         Name

Case number (*if known*)_____

**Name and mailing address of petitioner**

Fantis Imports Inc.
Name

60 Triangle Blvd.
Number   Street

Carlstadt          NJ         07072
City               State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jerry Makris, V. President
Name

60 Triangle Blvd.
Number   Street

Carlstadt          NJ         07072
City               State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/07/2019
              MM / DD / YYYY

✘ /s/ Jerry Makris
Signature of petitioner or representative, including representative's title

---

Dawn Kirby, Esq.
Printed name

Kirby Aisner & Curley LLP
Firm name, if any

700 Post Road, Suite 237
Number   Street

Scarsdale, New York 10583
City               State      ZIP Code

Contact phone  914-401-9500   Email  dkirby@kacllp.com

Bar number    2733004

State         NY

✘ /s/ Dawn Kirby
Signature of attorney

Date signed    06/13/2019
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

M. Slavin & Sons
Name

800 Foodcenter Drive #66
Number   Street

Bronx              NY         10474
City               State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City               State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/11/2019
              MM / DD / YYYY

✘ /s/ Cindy Slavin, Secretary/ Treasurer
Signature of petitioner or representative, including representative's title

---

Thomas Torto, Esq.
Printed name

_____
Firm name, if any

419 Park Avenue, So., Ste., 406
Number   Street

New York           NY         10016
City               State      ZIP Code

Contact phone   212-532-5881   Email _____

Bar number    _____

State         NY

✘ /s/ Thomas Torto
Signature of attorney

Date signed    06/11/2019
               MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor    Faus International Inc., dba Mykonos Blue                                     Case number (*if known*)_____
          Name

**Name and mailing address of petitioner**

Chem-Clean Co.
Name

33-69 55th Street
Number    Street

Woodside            NY        11377
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Changrong LI c/o Chem-Clean Co.
Name

33-69 55th Street
Number    Street

Woodside            NY        11377
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/11/2019
             MM / DD / YYYY

✖  /s/ Changrong Li., President
Signature of petitioner or representative, including representative's title

---

Dawn Kirby, Esq.
Printed name

Kirby Aisner & Curley LLP
Firm name, if any

700 Post Road, Suite 237
Number    Street

Scarsdale, New York 10583
City                State     ZIP Code

Contact phone  914-401-9500  Email dkirby@kacllp.com

Bar number    2733004

State         NY

✖  /s/ Dawn Kirby
Signature of attorney

Date signed   06/13/2019
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

RJ Linen and Uniforms
Name

305 N. Macquesten Pkwy
Number    Street

Mount Vernon        NY        10550
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Ruben Pepin, President
Name

305 N. Macquesten Pkwy
Number    Street

Mount Vernon        NY        10550
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/13/2019
             MM / DD / YYYY

✖  /s/ Ruben Pepin, President
Signature of petitioner or representative, including representative's title

---

Dawn Kirby, Esq.
Printed name

Kirby Aisner & Curley LLP
Firm name, if any

700 Post Road, Suite 237
Number    Street

Scarsdale, New York 10583
City                State     ZIP Code

Contact phone  914-401-9500  Email dkirby@kacllp.com

Bar number    2733004

State         NY

✖  /s/ Dawn Kirby
Signature of attorney

Date signed   06/13/2019
              MM / DD / YYYY

---

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 4